No. 15,991.

SCARBOROUGH *v.* WOODS ET AL.
(212 P. [2d] 504)

Decided November 28, 1949.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. EDGAR McCOMB, Mr. GODFREY NORDMARK, Mr. ALBERT E. ZARLENGO, for plaintiff in error.

Mr. CLARENCE L. BARTHOLIC, Mr. SAMUEL J. EATON, for defendant in error Woods.

Messrs. BANNISTER, WELLER & FRIEDRICH, for defendant in error Western Motor Corporation.